

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00335-CR

| | | |
|---|---|---|
| JOSE LUNA, Appellant | § | On Appeal from the 213th District Court |
| | § | of Tarrant County (1479170D) |
| V. | § | December 19, 2019 |
| | § | Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
       Justice Wade Birdwell